(110 So. 915)

Leo JONES v. JEFFERSON COUNTY. (6 Div. 544.) (Supreme Court of Alabama. Dec. 2, 1926.) Certiorari to Circuit Court, Jefferson County, Bessemer Division. See ante, p. 19, 108 So. 760; ante, p. 19, 110 So. 761. See, also, post, p. 698, 110 So. 916.

PER CURIAM. Affirmed.

(110 So. 916).

Leo JONES v. JEFFERSON COUNTY. (6 Div. 545.) (Supreme Court of Alabama. Dec. 2, 1926.) Certiorari to Circuit Court, Jefferson County, Bessemer Division. See ante, p. 19, 108 So. 760; ante, p. 19, 110 So. 761. See, also, ante, p. 698, 110 So. 915.

PER CURIAM. Affirmed.

---

(110 So. 916)

KERSHAW CONST. CO. v. Alice GANN. (7 Div. 680.) (Supreme Court of Alabama. Dec. 2, 1926.) Certiorari to Circuit Court, Etowah County.

PER CURIAM. Petition dismissed by petitioner.

---

(110 So. 916)

Alex LACY v. Rosa LANGFORD et al. (8 Div. 870.) (Supreme Court of Alabama. Nov. 4, 1926. Rehearing Denied Nov. 26, 1926.) Appeal from Probate Court, Madison County; Thos. W. Jones, Judge. David A. Grayson, of Huntsville, for appellant. R. E. Smith, of Huntsville, for appellees.

BOULDIN, J. The will of Adeline White was contested on the grounds of mental incapacity and undue influence. Verdict was for the contestants. The appeal presents for review the decision of the trial court denying a motion for a new trial, the grounds of which were the refusal of the affirmative charge for proponent and that the verdict was not supported by the evidence. Upon a consideration of the whole evidence, we do not find that the judgment should be disturbed. It is affirmed.

SAYRE, GARDNER, and MILLER, JJ., concur.

---

(111 So. 922)

LIFE & CASUALTY INS. CO. OF TENN. v. Mary BONNER. (6 Div. 850.) (Supreme Court of Alabama. Feb. 25, 1927.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by agreement.

---

(109 So. 922)

LOUISVILLE & NASHVILLE R. CO. v. Helen B. FRIZZLE. (3 Div. 781.) (Supreme Court of Alabama. Oct. 21, 1926.) Certiorari to Court of Appeals. C. P. McIntyre, of Montgomery, for petitioner. Weil, Stakely & Vardaman and S. H. Dent, all of Montgomery, opposed.

PER CURIAM. Petition of the Louisville & Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Louisville & N. R. Co. v. Frizzle, 21 Ala. App. 682, 109 So. 925. Writ denied.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.

---

(111 So. 922)

MAJESTIC COAL CO. et al. v. Pasco POLO. (6 Div. 767.) (Supreme Court of Alabama. March 2, 1927.) Certiorari to Circuit Court of Jefferson County.

PER CURIAM. Petition dismissed by agreement. See, also, 208 Ala. 86, 93 So. 728.